STATE OF CONNECTICUT *v.* VAUGHN D. OUTLAW

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 515 (AC 19284), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant had not completed the probation portion of his April 4, 1986 sentence when the arrest warrant for violation of probation was issued on June 19, 1998?"

The Supreme Court docket number is SC 16432.

*Katerina M. Rohner,* special public defender, in support of the petition.

*Bruce R. Lockwood,* deputy assistant state's attorney, in opposition.

Decided November 29, 2000

ANTHONY S. NOVAK, TRUSTEE *v.* OMEGA PLASTICS CORPORATION, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 424 (AC 19604), is denied.

*Dale H. King,* in support of the petition.

*Keith R. Ainsworth,* in opposition.

Decided November 29, 2000